| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | _____ |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** |
| | | ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | | ☐ Other _____. Describe identifier _____. |
| | | **For individual debtors:** |
| | | ☐ Social Security number: xxx – xx– ____ ____ ____ ____ |
| | | ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____ |
| | | ☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | _____ |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | _____ |
| 5. | **Nature of the foreign proceeding** | *Check one:* |
| | | ☐ Foreign main proceeding |
| | | ☐ Foreign nonmain proceeding |
| | | ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. |
| | | ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. |
| | | ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| | | _____ |
| | | _____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) |
| | | ☐ Yes |

Debtor _____     Case number *(if known)* _____
       Name

| | |
|---|---|
| **8. Others entitled to notice** | Attach a list containing the names and addresses of: |

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL)

_____

**11. Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

    ❏ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❏ Partnership

    ❏ Other.  Specify: _____

❏ Individual

| Debtor | Michael David Greenfield (a.k.a. Michael Ben-Ar | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor has assets across US, with significant assets in S.D.N.Y.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____            Lior Dagan
Signature of foreign representative            Printed name

Executed on    08/01/2021
              MM / DD / YYYY

✗ _____            _____
Signature of foreign representative            Printed name

Executed on    _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Amiad Kushner            Date    08/03/2021
Signature of Attorney for foreign representative            MM / DD / YYYY

Amiad Kushner
Printed name
Seiden Law Group LLP
Firm name
322 Eighth Avenue, Suite 1704
Number        Street
New York                    NY        10001
City                        State        ZIP Code

(646) 766-1703                    akushner@seidenlawgroup.com
Contact phone                    Email address

4248209                        NY
Bar number                    State

## **Attachment 1**

**Item 6: Certified Copy and Translation of Decision Commencing Foreign Proceeding and Evidence of Appointment of Foreign Representative**

Serial No. 31/2021

Form No. 7

מספר סידורי 31/2021

טופס מס׳ 7

## CERTIFICATION OF TRANSLATION

## אישור נכונות תרגום

I, the undersigned **Adv. Shlomo Yizhak Orenstein,** Notary holding license no. **214188,**

אני החתום מטה **עו״ד שלמה יצחק אורנשטיין** נוטריון בעל רישיון מספר **214188,**

Certify that I am fluent in the **Hebrew** and **English** languages,

מצהיר בזה, כי אני שולט היטב בשפות **עברית** ו **אנגלית,**

And that the document attached to this certification and marked with the letter/ number **A,** is a translation to the English language of

וכי המסמך המצורף לאישור זה והמסומן באות / מספר **א׳** הוא תרגום לשפה **האנגלית** של

☒ **the original document**

☒ **מסמך המקורי**

☐ a true copy of the original document

☐ העתק מאושר של מסמך המקור

☐ a copy of the original document

☐ העתק של מסמך המקור

☐ Computerized data -

☐ מידע ממוחשב –



...py of the original document drawn up in the **Hebrew** ...guage attached to this certification and marked with the ...er/ number .**B.**

**העתק המסמך המקורי,** הערוך בשפה/ות **העברית** מצורף לאישורי זה ומסומן באות / מספר **ב׳.**

...itness whereof, I hereby certify the faithfulness of said ...nslation by my own signature and seal, this day ...21.

לראיה אני מאשר את דיוק התרגום האמור בחתימת ידי ובחותמי, היום **24.6.2021.**

שכר נוטריון **1,982** שקלים חדשים

...NIS

_____

חתימה

Notary's seal

חותם הנוטריון



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

**1. STATE OF ISRAEL**                                                    ‎.1 מדינת ישראל

This public document                                                      ‎מסמך ציבורי זה

2. Has been signed by                                                     ‎.2 נחתם בידי

Advocate SHLOMO YIZHAK ORENSTEIN                                          ‎עו״ד

3. Acting in capacity of Notary                                           ‎.3 המכהן בתור נוטריון.

4. Bears the seal/stamp of                                                ‎.4 נושא את החותם/החותמת

the above Notary            **2 4 -06- 2021**                             ‎של הנוטריון הנ״ל

**Certified**                                                             **אושר**

5. At the Magistrates Court of Tel Aviv Jaffa                             ‎.5 בבית משפט השלום בתל אביב יפו

6. Date _____                                          ‎.6 ביום

7. By an official appointed by                                            ‎.7 על ידי מי שמונה בידי שר

Minister of Justice under the                                            ‎המשפטים לפי חוק הנוטריונים,

Notaries Law, 1976.                                                      ‎1976 - התשל״ז

8. Serial number 154919/N                                                ‎.8 מס׳ סידורי

9. Seal/Stamp _____                                            ‎.9 החותם / החותמת

10. Signature _____                                            ‎.10 חתימה

At the District Court                                    Insolvency 36982-05-21
in Tel Aviv-Yafo                                                    Motion No.
                    Before the honorable Deputy President Judge Hagai Brenner


| In the matter of: | The Insolvency and Economic Rehabilitation Law, 5778-2018 | The Law; |
| | The Insolvency and Economic Rehabilitation Regulations, 5779-2019 | The Regulations; |

| And in the matter of: | Adv. Lior Dagan, Trustee of the Debtor's assets Furth, Wilensky, Mizrachi, Knaani - Advocates 1 Azrieli Center (Round Tower, Floor 41), Tel Aviv 6701101 Tel.:03-6070800; Fax:03-6097797 | The Trustee; |

| And in the matter of: | Michael David Greenfield [Ben-Ari] ID no. 11432093 Whose address is unknown | The Debtor; |

| And in the matter of: | Commissioner of Insolvency Proceedings Represented by Adv. Eilon Brill 2 Hashlosha Street POB 9040 Tel Aviv Tel: 03-6899695; Fax: 02-6462502 | The Commissioner; |

## DECREE

I hereby order, state and command, as follows:

1.   On May 26, 2021, I granted an order to initiate proceedings against Michael David Greenfield [AKA Michael David Ben Ari], Israeli I.D. number ██████2093 ;[old] USA passport number ██████0057, [new] USA passport number ██████8419, date of birth ██████ 1959 (hereinafter: the **"Debtor"**) [the name of the Debtor's mother is Alice Ann Liberman], in the framework of the insolvency proceeding being conducted against the Debtor in Israel, as part of Insolvency File 36982-05-21 (hereinafter: the **"Insolvency Order against the Debtor"**) .

2.   The Insolvency Order against the Debtor is final, valid and binding, the insolvency proceedings against the Debtor are currently being managed in the framework of Insolvency File 36982-05-21.

3.   The Debtor is prohibited from performing any disposition and/or taking any action in his assets and/or rights, directly or indirectly, whether they are registered under his name or held on his behalf by a third party, whether in Israel or abroad (hereinafter: the " **Debtor's Assets**").

1

4.    I appointed Adv. Lior Dagan, Israeli I.D. number ████8965 and Israeli passport number ████1024 as a trustee of the Debtor's Assets in the framework of the insolvency proceedings against the Debtor [hereinafter: the "**Trustee**"].

5.    The Trustee is authorized and entitled to perform any action in the Debtor's Assets, including all actions that the Debtor was entitled to perform before the Insolvency Order against the Debtor, whether in Israel or abroad.

6.    The Trustee is entitled to hold possession, preserve and/or sell or realize any asset or right of the Debtor's Assets, and to at the Trustee's discretion perform any action in the Debtor's Assets, including the performance of any right granted to the Debtor by virtue of applicable law, including rights granted to the Debtor in foreign corporations (either by virtue of shares held and/or registered under the Debtor's name in foreign corporations, including voting rights, or by virtue of rights, powers, or other permissions granted to the Debtor under applicable law), whether in Israel or outside Israel.

7.    The Trustee is authorized to initiate and/or to join any legal proceedings with respect to any legal proceeding filed and/or to be filed by or against the Debtor, whether in Israel or outside Israel.

8.    The Trustee is authorized to summon any person related to the Debtor or to the Debtor's Assets for an inquiry, to collect depositions from interrogees, and to demand them to present, produce and deliver to the Trustee any document related directly or indirectly to the Debtor and/or to the Debtor's Assets, and/or to the various interests of the Debtor.

Granted today, June _____, 2021.

| 12 Tamuz 5781, June 22, 2021 | Decree |
|---|---|
| Motion 25 in File 15599-05-21 | |
| Judge Hagai Brenner | |

The decree was signed.

*** signed digitally ***

---

**Hagai Brenner, Judge**
**Vice - President**
**District Court of Tel Aviv Yafo**



2

בית משפט המחוזי
בתל אביב - יפו

חדל"פ 36982-05-21
בקשה מס' ___
בפני כב' סגן הנשיא הש' חגי ברנר

| | | |
|---|---|---|
| **בעניין:** | חוק חדלות פירעון ושיקום כלכלי, תשע"ח-2018 | **החוק;** |
| | תקנות חדלות פירעון ושיקום כלכלי, תשע"ט-2019 | **התקנות;** |
| **ובעניין:** | עו"ד ליאור דגן, נאמן לנכסיו של החייב | |
| | ממשרד פירט, וילנסקי, מזרחי, כנעני – עורכי דין | |
| | מרכז עזריאלי 1 (מגדל עגול, קומה 41), תל אביב 6701101 | |
| | טל: 03-6070800 ; פקס : 03-6097797 | **הנאמן;** |
| **ובעניין:** | מיכאל דויד גרינפילד [בן אריֹ] ת.ז. 11432093 | |
| | שמענו אינו ידוע | **החייב;** |
| **ובעניין:** | הממונה על הליכי חדלות פירעון | |
| | באמצעות עו"ד אילון בריל | |
| | מרח' השלושה 2 ת.ד. 9040 תל אביב | |
| | טלפון : 03- 6899695 ; פקס : 02-6462502 | **הממונה;** |

## פסיקתה

אני מורה, קובע ומצווה בזאת, כדלקמן:

1.  ביום 26 במאי 2021, ניתן על ידי צו לפתיחת הליכים כנגד מיכאל דויד גרינפילד [הידוע גם כמיכאל דוד בן ארי], נושא ת.ז. ישראלית שמספרה 2093▮▮▮ ; מספר דרכון אמריקאי [ישן] 0057▮▮, מספר דרכון אמריקאי [חדש] 8419▮▮▮, תאריך לידה 1959▮▮▮, (להלן: **"החייב"**) [שמה של אם החייב Alice Ann Lieberman], וזאת במסגרת הליך חדלות הפירעון המתנהל כנגד החייב בישראל, במסגרת תיק חדל"פ 36982-05-21 (להלן : **"צו חדלות הפירעון כנגד החייב"**).

2.  צו חדלות הפירעון כנגד החייב הוא סופי, תקף ומחייב, והליכי חדלות הפירעון מתנהלים בימים אלה בישראל במסגרת תיק חדל"פ 36982-05-21.

3.  חל איסור על החייב לבצע כל פעולת דיספוזיציה ו/או פעולה כלשהי בנכסיו ו/או בזכויותיו, בין במישרין ובין בעקיפין, בין אם הם רשומים על שמו ובין אם הם מוחזקות עבורו על ידי צד ג', בין בישראל ובין מחוץ לישראל (להלן : **"נכסי החייב"**).

4.  עורך דין ליאור דגן, נושא תעודת זהות ישראלית שמספרה 8965▮▮▮ ומחזיק דרכון ישראלי שמספרו 1024▮▮▮ מונה על ידי כנאמן לנכסי החייב במסגרת הליכי חדלות הפירעון כנגד החייב (להלן : **"הנאמן"**).

5.  הנאמן מוסמך ורשאי לבצע כל פעולה בנכסי החייב, לרבות כל הפעולות שהחייב היה רשאי לעשותם לפני מועד צו חדלות הפירעון, בין בישראל ובין בחו"ל.

6.  הנאמן מוסמך לתפוס חזקה, לשמור, ו/או למכור ו/או לממש כל נכס ו/או זכות מנכסי החייב, וכן לבצע לפי שיקול דעתו הבלעדי כל פעולה בנכסי החייב, לרבות הפעלת כל זכות המוקנית לחייב על פי כל דין לרבות זכויות המוקנות לחייב בתאגידים זרים (בין מכח מניות המוחזקות ו/או הרשומות על שם החייב בתאגידים זרים לרבות זכויות הצבעה, ובין מכח זכויות, סמכויות או הרשאות אחרות המוקנות לחייב על פי כל דין), בין בישראל ובין מחוץ לישראל.

7.  הנאמן רשאי ליזום ו/או להצטרף לכל הליך משפטי ביחס להליך משפטי כלשהו שהוגש ו/או יוגש על ידי או כנגד החייב, בין בישראל ובין מחוץ לישראל.

8.  הנאמן מורשה לזמן כל אדם הקשור לחייב ו/או לנכסיו לחקירה, וכן לדרוש מהם לחתום, להמציא ולמסור לידי הנאמן כל מסמך הקשור במישרין או בעקיפין לחייב ו / או לנכסי החייב, ו/או לאינטרסים השונים של החייב.

ניתן חיום תאריך יוני _____ 2021

| החלטה | י"ב תמוז תשפ"א, 22/06/2021 |
|---|---|
| | בקשה 25 בתיק  15599-05-21 |
| | שו' חגי ברנר |

הפסיקתה נחתמה.

חגי ברנר, שופט

סגן נשיא ╌╌ נחתם דיגיטאלית ╌╌ תל אביב





**Attachment 2**

**Item 7: Statement Identifying Pending Foreign Proceedings**

Amiad Kushner
Jacob K. Jou
Dov B. Gold
SEIDEN LAW GROUP LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914

*Attorneys for Lior Dagan as Foreign Representative of*
*Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI | Case No. _____ |
| Debtor in a Foreign Proceeding. | |

**STATEMENT OF FOREIGN REPRESENTATIVE PURSUANT TO**
**SECTION 1515(C) OF THE BANKRUPTCY CODE**

I, Lior Dagan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the duly authorized foreign representative (the "**Foreign Representative**") of Michael David Greenfield in a foreign proceeding (the "**Debtor**") in connection with the foreign proceeding pending in the Tel Aviv-Yafo District Court, pursuant to the Israeli Insolvency Act (the "**Greenfield Proceeding**").

2.      I respectfully submit this statement, as required by section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), in support of the verified petition filed herewith seeking recognition by this Court of the Greenfield Proceeding as a foreign main proceeding.

3.      Approximately two weeks ago, a motion for recognition of the Greenfield Proceeding in Montenegro was submitted to the Basic Court of Kotor (the "**Montenegrin Court**")

under case number PSO 22/21 (the "**Montenegrin Proceeding**") based on general Montenegrin law, because Greenfield has certain investment assets in Montenegro and is reported to have traveled there recently upon fleeing Israel.  I am informed by Montenegrin counsel that it is uncertain whether the Montenegrin Court will grant recognition of the Greenfield Proceeding, because Montenegro has not adopted the UNCITRAL Model Law on Cross-Border Insolvency and does not have an established framework for recognition of foreign insolvency proceedings.

4.      Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of my knowledge, the Greenfield Proceeding and the Montenegrin Proceeding are currently the only "foreign proceedings" with respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my information and belief.

Dated: July 3*1*, 2021

Lior Dagan
Foreign Representative of
Michael David Greenfield

3

**<u>Attachment 3</u>**

**Item 8: Disclosure Pursuant to FRBP Rule 1007(a)(4)**

Amiad Kushner
Jacob K. Jou
Dov B. Gold
SEIDEN LAW GROUP LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914

*Attorneys for Lior Dagan as Foreign Representative of*
*Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI | Case No. _____ |
| Debtor in a Foreign Proceeding. | |

**DISCLOSURE PURSUANT TO RULE 1007(A)(4) OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE**

Lior Dagan, in his capacity as the duly authorized foreign representative (the "**Foreign Representative**") of Michael David Greenfield (the "**Debtor**") in connection with the proceeding pending in the Tel Aviv-Yafo District Court (the "**Greenfield Proceeding**"), pursuant to the Israeli Insolvency Act hereby files this list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and respectfully sets forth as follows:

## I.     All Persons or Bodies Authorized to Administer Foreign Proceedings of Michael David Greenfield

| Name | Address |
|------|---------|
| Tel Aviv-Yafo District Court | Weizmann Street 1, Tel Aviv-Yafo, Israel |
| Lior Dagan, Trustee | 1 Azrieli Center, Round Building, 41st Floor, Tel-Aviv 6701101, Israel |
| Basic Court of Kotor[1] | Benovo b.b., Kotor, 85330, Montenegro |

## II.     All Parties to Litigation Pending in the United States in which the Debtor is a Party at the Time of Filing of the Petition

1.     Neither the Foreign Representative nor the Debtor is a party to any pending litigation in the United States as of the date hereof.

## III.     Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519

2.     The Foreign Representative seeks provisional relief pursuant to sections 1519, 1521, and 362 of the title 11 of the U.S. Code (the "Bankruptcy Code"), including by applying section 362 of the Bankruptcy Code immediately for the benefit of the Debtor against potential actions in the United States by dissenting creditors, and additional relief as set forth in the *Foreign Representative's Ex Parte Emergency Motion for Provisional Relief* filed contemporaneously herewith.

3.     **Schedule 1** annexed hereto lists known entities against whom provisional relief is being sought.[2]

---

[1] A motion for recognition of the Greenfield Proceeding is pending before this court but has not yet been granted. *See Statement of Foreign Representative Pursuant to Section 1515(c) of the Bankruptcy Code* (Attachment 2 to the Petition) ¶ 3.

[2] The Foreign Representative will update Schedule 1 to the extent he becomes aware of any additional entities against whom provisional relief is being sought.

2

Dated: August 3, 2021
New York, New York

SEIDEN LAW GROUP LLP


/s/ Amiad Kushner
Amiad Kushner
Jacob K. Jou
Dov B. Gold
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914


*Attorneys for Lior Dagan as Foreign
Representative of Michael David
Greenfield (a.k.a. Michael Ben-Ari)*

**SCHEDULE 1**

**Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

**Custodians of Debtor's Assets**

| Entity | Address |
|---|---|
| Ally Financial, Inc. | 1100 Virginia Drive, Fort Washington, MD 19034<br><br>c/o CT Corporation Systems 28 Liberty St, 42nd Floor, New York, NY 10005 |
| Bank of America, N.A. | 400 Delaware Ave, Wilmington, DE 19801<br><br>CT Corporation 1200 S Pine Island Rd #250, Plantation, FL 33324 |
| Capital One, N.A. | Attn: 12070-7000 (Subpoena Dept.) 15000 Capital One Drive, Richmond, VA 23238<br><br>c/o Corporate Service Company 1201 Hays Street Tallahassee, FL 32301 |
| Citibank, N.A. | c/o Legal Services 5800 S. Corporate Place, Sioux Falls, SD 57108 Mail Code 451 Fax: (347) 809-6937<br><br>The Corporation Trust, Inc. 2405 York Rd, Ste 201, Lutherville Timonium, MD 21093 |
| HSBC Bank USA, N.A. | Legal Paper Processing HSBC Operations, Services, and Technology USA 2929 Walden Avenue Pole, Depew, NY 14043 |
| JP Morgan Chase Bank, N.A. | JP Morgan Chase National Subpoena Processing 7610 West Washington St, Indianapolis, IN 46231 Mail Code: IN1-4054 |
| Silicon Valley Bank | Attn: Legal Processing Dept 3003 Tasman Drive Santa Clara, CA 95054 subpoenas@svb.com<br><br>C T Corporation System |

| | 28 Liberty St<br>New York, NY 10005 |
|---|---|
| TD Bank, N.A. | Attn: Subpoena Dept<br>Mail Stop no NJ5-336-403<br>3000 Atrium Way<br>Mt. Laurel, NJ 08054<br>gsi.subpoenas@td.com |
| Wells Fargo Bank N.A. | Subpoena Processing Chandler, P.O. Box 29728<br>Phoenix, AZ 85038<br><br>Corporation Service Company<br>251 Little Falls Drive, Wilmington, DE 19808 |
| Charles Schwab & Co, Inc. | Corporate Legal Services<br>DENR3-03 9800 Schwab Way<br>Lone Tree, CO 80124<br><br>CT Corporation System<br>28 Liberty St<br>New York, NY 10005 |
| HSBC Securities (USA), Inc | 452 Fifth Ave<br>New York, NY 10018<br><br>CT Corporation System<br>28 Liberty St<br>New York, NY 10005 |
| TD Ameritrade Clearing, Inc. | 200 South 108th Avenue<br>Omaha, NE 68154<br><br>Incorporating Services Ltd.<br>5601 S. 59th St, Ste C<br>Lincoln, NE 68516 |
| J.P. Morgan Securities LLC | 7610 West Washington St,<br>Indianapolis, IN 46231<br>Mail Code: IN1-4054<br><br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St, Wilmington, DE 19801 |
| Arete Wealth Management, LLC | 1115 W. Fulton Market<br>3rd Floor<br>Chicago, IL 60607<br><br>Cogency Global Inc. |

| | 600 South Second St<br>Suite 404<br>Springfield, IL 62704 |
|---|---|
| Arete Wealth Advisors, LLC | 1115 W. Fulton Market<br>3rd Floor<br>Chicago, IL 60607<br><br>Mitchell Weinstein<br>30 S Wacker Dr #2600<br>Chicago , IL 60606 |
| Boyle Capital Management, L.L.C | c/o Brian F Boyle<br>1230 Office Plaza Drive<br>West Des Moines, Iowa 50266 |
| Benefit Street Partners LLC | 9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br><br>C T Corporation System<br>28 Liberty St<br>New York, NY, 10005 |
| GWG Holdings, Inc. | c/o Murray Holland<br>325 North St. Paul South<br>Suite 2650<br>Dallas, TX 75201<br><br>Registered Agent Solutions, Inc.<br>1010 Dale St N<br>St Paul, MN 55117 |
| LPL Financial LLC | 1055 LPL Way<br>Fort Mill SC 29715<br><br>C T Corporation System<br>2 Office Park Ct Ste 103<br>Columbia, SC   29223 |
| Time Equities Securities LLC | C/O Time Equities, Inc.<br>55 Fifth Ave<br>15th FL<br>New York NY 10003 |
| The Greenfield Family Trust | c/o Jonathan Greenfield and Elysa Greenfield<br>4443 Ventura Canyon Ave<br>Apt 306,<br>Sherman Oaks, CA 91423 |
| Energy Transfer Operating, L.P. | 8111 Westchester Dr, Suite 600, Dallas, TX 75225<br><br>c/o Corporation Service Company |

|  | 251 Little Falls Drive, Wilmington, DE 19808 |
|---|---|
| TEI Diversified Income & Opportunity Fund IV LLC | C/O TEI<br>55 Fifth Ave<br>15th Floor<br>New York NY 10003<br><br>Corporation Service Company<br>251 Little Falls Dr,<br>Wilmington, DE 19808 |
| EGFE USA LLC | 7431 Liz Court<br>Canoga Park, CA 91304<br><br>c/o Allstate Corporate Services Corp.<br>9 E. Loockerman Street, Suite 311, Dover, DE 19901 |

**Other Individuals and Entities**

| Entity | Address |
|---|---|
| Wells Fargo Clearing Services LLC | 2801 Market Street<br>Saint Louis, MO 63103<br><br>c/o CSC-Lawyers Incorporating Service Company<br>221 Bolivar Street, Jefferson City, Missouri, 65101, United States |
| Park Lee Center L.P. | c/o Besyata Investment Group<br>1449-37th Street<br>Brooklyn, New York, 11218 |
| Prudent Americas Real Estate Company, LLC | 800 Brickell Avenue, PH2<br>Miami, FL 33131 |
| Citibank, N.A. (Citimortgage) | c/o Legal Services<br>5800 S. Corporate Place, Sioux Falls, SD 57108<br>Mail Code 451<br><br>The Corporation Trust, Inc.<br>2405 York Rd, Ste 201, Lutherville, Timonium, MD 21093 |
| Eshel Aminov & Partners LLP | 350 Motor Pkwy Ste. 204<br>Hauppauge, NY 11788 |
| Mutual Benefits Keep Policy Trust | c/o Litai Assets, LLC<br>PMB#112 |

|  | 43 South Pompano Parkway · Pompano Beach, FL 33069<br>CT Corporation System<br>1200 South Pine Island Rd, Plantation, FL 33324 |
|---|---|
| Mercury Casualty Company | 4484 Wilshire Blvd.<br>Los Angeles CA 90010<br><br>Randall Petro<br>555 W. Imperial Highway<br>Brea CA 92821 |
| U.S. Bank, N.A. | US Bank National Association<br>800 Nicollet Mall, Legal Department- Subpoena Processing, 21st Floor, Minneapolis MN 55402 |
| The Clearing House Payments Company L.L.C. | 115 Business Park Drive<br>Winston-Salem, NC 27107<br>subpoenas@theclearinghouse.org<br><br>CT Corporation<br>160 Mine Lake Ct, Ste 200<br>Raleigh, NC 27615 |
| The Alice A Greenfield Family Trust | 4443 Ventura Canyon Ave<br>Apt 306<br>Sherman Oaks, CA 91423 |
| Alice Ann Greenfield | 4443 Ventura Canyon Ave<br>Apt 306<br>Sherman Oaks, CA 91423 |
| Lawrence Richard Greenfield | 420 Eternity St<br>Las Vegas, NV 89138 |
| Jonathan Jay Greenfield | 7431 Liz Ct<br>Apt # 7431<br>Canoga Park, CA 91304 |
| Shelowitz Law Group | 1325 Avenue of Americas<br>28th Floor<br>New York, NY 10019 |
| Elysa D. Greenfield | 7431 Liz Ct, Canoga Park, CA 91304 |
| Lior Ben Ari | 70 Charlton St, Apt 4F, New York, NY 10014 |
| PRODERM LP | c/o Nevada Corporate Headquarters, Inc<br>4730 S. Fort Apache Rd Suite 300<br>Las Vegas, NV, 89147-7947 |
| All Creditors of Michael David Greenfield |  |
| All individuals and entities working in concert with Michael David Greenfield or in possession of his assets |  |