Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Email: darrell.clark@stinson.com
Email: tracey.ohm@stinson.com
Tel: 202-728-3008
Fax: 202-572-9948

*Counsel for Oath Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI, | Case No. 21-11411 (SCC) |
| Debtor in a Foreign Proceeding. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***
**(Tracey M. Ohm)**

I, Tracey M. Ohm, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Oath Inc. ("Oath"), a party in interest in the above-referenced proceeding.

I certify that I am a member in good standing of the bars in the District of Columbia and the States of Maryland, Missouri and Virginia; the U.S. District Courts for the District of Columbia, the District of Maryland, and Eastern District of Virginia; the United States Bankruptcy Court for the Eastern District of Virginia; United States Bankruptcy Court for the Western District of Virginia; and the Supreme Court of the United States.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 3, 2021    /s/ Tracey M. Ohm
                            Darrell W. Clark, Esq.
                            Tracey M. Ohm, Esq.

CORE/0048629.1245/169046464.1

STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Email: darrell.clark@stinson.com
Email: tracey.ohm@stinson.com
Tel: 202-728-3008
Fax: 202-572-9948

*Counsel for Oath Inc.*

CORE/0048629.1245/169046464.1