**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI, | ) ) ) | Case No. 21-11411 (SCC) |
| Debtor in a Foreign Proceeding. | ) ) ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***
**(Darrell W. Clark)**

Upon the motion of Darrell W. Clark to be admitted, *pro hac vice*, to represent Oath Inc., a party in interest in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and the States of Maryland, Missouri and Virginia; the U.S. District Courts for the District of Columbia, the District of Maryland, and Eastern District of Virginia; the U.S. Bankruptcy Court for the Eastern District of Virginia; the U.S. Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States, it is hereby

**ORDERED**, that Darrell W. Clark, Esq., is admitted to practice, *pro hac vice*, in the above referenced proceeding to represent Oath Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 3, 2021　　　　　　　/S/ Shelley C. Chapman
New York, New York　　　　　　　　　THE HONORABLE SHELLEY C. CHAPMAN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

CORE/0048629.1245/169046563.1