# EXHIBIT A

Serial No. 3/2022
Form No. 7

## CERTIFICATION OF TRANSLATION

I, the undersigned **Adv. Shlomo Yizhak Orenstein,** Notary holding license no. **214188,**

Certify that I am fluent in the **Hebrew** and **English** languages,

And that the document attached to this certification and marked with the letter/ number **A,** is a translation to the **English** language of

☒ Original document
☐ a true copy of the original document
☐ a copy of the original document
☐ Computerized data.

copy **of the digital document** drawn up in the **Hebrew** language attached to this certification and marked with the letter/ number **B.**

In witness whereof, I hereby certify the faithfulness of said translation by my own signature and seal, this day ...2022.

... 1,040 NIS

_____
Signature



seal

מספר סידורי 3/2022
טופס מס׳ 7

## אישור נכונות תרגום

אני החתום מטה **עו״ד שלמה יצחק אורנשטיין** נוטריון בעל רישיון מספר **214188,**

מצהיר בזה, כי אני שולט היטב בשפות **עברית** ו **אנגלית,**

וכי המסמך המצורף לאישור זה והמסומן באות / מספר **א׳** הוא תרגום לשפה **האנגלית** של

☒ המסמך המקורי
☐ העתק מאושר של מסמך המקור
☐ העתק של מסמך המקור
☐ מידע ממוחשב

**העתק המסמך הדיגיטלי,** הערוך בשפה/ות **העברית** מצורף לאישורי זה ומסומן באות / מספר **ב׳.**

לראיה אני מאשר את דיוק התרגום האמור בחתימת ידי ובחותמי, היום **30.1.2022.**

שכר נוטריון **1,040** שקלים חדשים

_____
חתימה

חותם הנוטריון

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

This public document

2. Has been signed by

   Advocate Shlomo

3. Acting in capacity of Notary

4. bears the seal/stamp of Yizhak

   the above Notary Orenstein

**Certified**

5. At the District Court of Tel Aviv Jaffa
6. Date 30-01-2022
7. By an official appointed by Minister of Justice under the Notaries Law, 1976.
8. Serial number 22783
9. Seal/Stamp
10. Signature

1. מדינת ישראל

מסמך ציבורי זה

2. נחתם בידי

עו"ד שלמה יצחק

3. המכהן בתור נוטריון/נוטריון

4. נושא את החותם/החותמת

של הנוטריון הנ"ל

**אושר**

5. בבית משפט המחוזי בתל אביב יפו
6. ביום 30-01-2022
7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976
8. מס' סידורי 22783
9. החותם / החותמת
10. חתימה



**At the District Court
in Tel Aviv-Yafo**

Insolvency 15599-05-21
Insolvency 36982-05-21
Motion No. ____

Before the honorable Deputy President Judge Hagai Brenner

| | | |
|---|---|---|
| **In the matter of:** | The Insolvency and Economic Rehabilitation Law, 5778-2018 | The Law; |
| | The Insolvency and Economic Rehabilitation Regulations, 5779-2019 | The Regulations; |
| **And in the matter of:** | EGFE Israel Ltd. co. no. 513559237 (in liquidation) | EGFE Israel in liquidation; |
| **And in the matter of:** | Michael David Ben-Ari ID no. 11432093<br>Represented by Shai Glickman, Adv.<br>Doron, Tikotzky, Nass, Kantor, Gutman, Amit Gross & Co.<br>7 Metsada Street (BSR Tower 4, Floor 35) Bnei Brak 5126112<br>Tel: 03-6114455; Fax: 03-6133343 | The Debtor; |
| **And in the matter of:** | Lior Dagan, Adv., trustee of the companies in liquidation and trustee of the Debtor's assets<br>Furth, Wilensky, Mizrachi, Knaani - Advocates<br>1 Azrieli Center (Round Tower, Floor 41), Tel Aviv 6701101<br>Tel: 03-6070800; Fax: 03-6097797 | The Trustee; |
| **And in the matter of:** | Commissioner of Insolvency Proceedings<br>Represented by Eilon Brill, Adv.<br>2 Hashlosha Street POB 9040 Tel Aviv<br>Tel: 03-6899695; Fax: 02-6462502 | The Commissioner; |



# Ruling

1. Further to the order I issued on 22 June 2021 (hereinafter: the "**Order**"), I hereby confirm that the trustee, Lior Dagan, Adv., holder of Israeli passport number 21591024 (hereinafter: the "**Trustee**"), is entitled and authorized to take possession of and/or realize all assets and rights of the Debtor Michael Ben-Ari, known in the US as Michael David Greenfield [holder of US passport number (old) 456050057 and US passport number (new) 567328419] and/or all assets and rights of corporations under the Debtor's (direct or indirect) control, which are located in the US (hereinafter: the "**Debtor's Assets and Rights in the US**").

1

2. I hereby confirm that the Trustee is authorized to take possession of all the Debtor's Assets and Rights in the US, and the Trustee is entitled and authorized to transfer them to the creditors' pool in Israel, at his discretion, into the trust account the details of which are - Bank Hapoalim (12), Branch 610, account no. 83000 to the name of Lior Dagan, Adv., trustee for the assets of Michael Ben-Ari (in insolvency).

IBAN: IL58-0126-1000-0000-0083-000
SWIFT: POALILIT

3. The Trustee's foregoing powers also apply to funds that are currently held, or such to be held in the future, in the trust account of the Trustee's US attorneys (Seiden Law Group).

Hagai Brenner, Deputy President
District Court in Tel Aviv-Yafo

| 24 Shevat 5782, 26 January 2022 Ruling |
| Motion 134 in File 15599-05-21 |
| Judge Hagai Brenner |
| The ruling was signed.                    *** signed digitally *** |



2

בית משפט המחוזי
בתל אביב - יפו

חדל"ת 21-05-15599
חדל"פ 21-05-36982
בקשה מס' ___

בפני כב' סגן הנשיא השני' חגי ברנר

**בעניין:** חוק חדלות פירעון ושיקום כלכלי, התשע"ח-2018
תקנות חדלות פירעון ושיקום כלכלי, תשע"ט-2019

**החוק;**
**התקנות;**

**ובעניין:** חברת אי. ג'י. אף. אי ישראל בע"מ ח.פ. 513559237 (בפירוק)

EGFE ישראל
בפירוק;

**ובעניין:** מיכאל דויד בן-ארי ת.ז. 11432093
באמצעות עוה"ד שי גליקמן
ממשרד דורון, טיקוצקי, נס, קנטור, גוטמן, עמית גרוס ושות'
מרחוב מצדה 7 (מגדל ב.ס.ר 4, ק.35), בני ברק 5126112
טל': 03-6114455; פקס: 03-6133343

**ובעניין:** עו"ד ליאור דגן, נאמן של החברות שבפירוק
ונאמן של נכסי החייב
ממשרד פירט, וילנסקי, מזרחי, כנעני – עורכי דין
מרכז עזריאלי 1 (מגדל עגול, קומה 41), תל אביב 6701101
טל: 03-6070800; פקס: 03-6097797

**החייב;**

**ובעניין:** הממונה על הליכי חדלות פירעון
באמצעות עו"ד אילון בריל
מרח' השלושה 2 ת.ד. 9040 תל אביב
טלפון: 6899695 -03; פקס: 02-6462502

**הנאמן**

**הממונה;**

## פסיקתה

1. בהמשך לצו שנחתם על ידי מיום 22.6.2021 (להלן: "הצו"), אני מאשר בזאת כי הנאמן עו"ד ליאור דגן הנושא דרכון ישראלי שמספרו 21591024 (להלן: "הנאמן"), רשאי ומוסמך לתפוס ו/או לממש את כלל נכסי וזכויות החייב מיכאל בן ארי הידוע בארה"ב כמיכאל דייוד גרינפילד [נושא דרכון אמריקאי [ישן] מס' 456050057 ומספר דרכון אמריקאי [חדש] מס' 567328419] ו/או את כלל נכסי וזכויות של תאגידים שבשליטת החייב (במישרין או בעקיפין), המצויים בארה"ב (להלן: "נכסי וזכויות החייב באר ה"ב").

2. אני מאשר בזאת כי הנאמן מוסמך לקבל לידו את כל נכסי וזכויות החייב בארה"ב, והנאמן רשאי ומוסמך להעבירם לקופת הנשיה בישראל, לפי שיקול דעתו, וזאת לחשבון נאמנות שפרטיו הם - בנק הפועלים (12), סניף 610, מס' חשבון 83000 ע"ש עו"ד ליאור דגן, נאמן לנכסיו של מיכאל בן ארי (בחדלות פירעון).

IBAN: IL58-0126-1000-0000-0083-000
SWIFT: POALILIT

3. סמכויות הנאמן לעיל חלות גם על כספים המוחזקים כיום, או כאלה שיוחזקו בעתיד, בחשבון הנאמנות של עורכי הדין האמריקאיים של הנאמן (משרד Seiden Law Group).

| | |
|---|---|
| החלטה | כ"ד שבט תשפ"ב, 26/01/2022 |
| | בקשה 134 בתיק 21-05-15599 |
| | שו' חגי ברנר |
| | הפסיקתה נחתמה. |
| | 3 |
| | *** נחתם דיגיטלית *** |

חגי ברנר, סגן נשיא
בית המשפט המחוזי בתל אביב יפו