Amiad Kushner
Jake Nachmani
SEIDEN LAW GROUP LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914

*Attorneys for Lior Dagan as Foreign Representative of*
*Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI | Case No. 21-11411 (SCC) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF SERVICE OF MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER AFFIRMING HIS AUTHORITY TO REALIZE AND TAKE CONTROL OF CERTAIN ASSETS OF THE DEBTOR AND ASSETS OF THE DEBTOR THAT MAY BE IDENTIFIED IN THE FUTURE WITHIN THE UNITED STATES AND REPATRIATE THOSE ASSETS TO ISRAEL AND CERTIFICATE OF SERVICE OF NOTICE ADJOURNMENT OF THE HEARING ON THE MOTION**

I, Jake Nachmani, am Counsel at Seiden Law Group LLP, attorneys for Lior Dagan as Foreign Representative of Michael David Greenfield (a.k.a. Michael Ben-Ari).

1. On March 9, 2022, I caused the above-referenced motion (Dkt. 21) ("Motion") to be served via ECF filing to the parties listed on the final page of this document.

2. On March 30, 2022, I caused the Motion to be served by email on (i) Michael David Greenfield (a.k.a. Michael Ben-Ari) and his foreign counsel; and (ii) the International Unit of the Money Laundering & Asset Recovery Section of the U.S. Department of Justice.

3. On March 31, 2022, I caused the Notice of Adjournment of the hearing to consider the above-referenced motion (Dkt. 22) ("Adjournment Notice") to be served by email Michael David

Greenfield (a.k.a. Michael Ben-Ari) and his foreign counsel.

4. On April 4, 2022, I caused the Adjournment Notice to be served by email on the International Unit of the Money Laundering & Asset Recovery Section of the U.S. Department of Justice.

5. On March 31, 2022, I caused the Adjournment Notice to be served to the parties listed below via ECF filing.

Dated: April 4, 2022
New York, New York.

                Respectfully Submitted,

                SEIDEN LAW GROUP LLP

                */s/ Jake Nachmani*
                Jake Nachmani
                Amiad Kushner
                jnachmani@seidenlawgroup.com
                akushner@seidenlawgroup.com
                322 Eighth Avenue, Suite 1704
                New York, NY 10001
                Telephone: (646) 766-1914

                *Attorneys for Lior Dagan as Foreign Representative of Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**ECF Service List:**

Darrell W. Clark on behalf of Interested Party   Oath Inc.
darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com

Amiad  Kushner on behalf of Foreign Representative Lior  Dagan
akushner@seidenlawgroup.com

Jacob  Nachmani on behalf of Foreign Representative Lior  Dagan
jnachmani@seidenlawgroup.com

Tracey M Ohm on behalf of Interested Party   Oath Inc.
tracey.ohm@stinson.com,  tracey.ohm@stinson.com;porsche.barnes@stinson.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV