Amiad Kushner
Jake Nachmani
SEIDEN LAW GROUP LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914

*Attorneys for Lior Dagan as Foreign Representative of*
*Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI | Case No. 21-11411 (SCC) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF ADJOURNMENT OF CERTAIN**
**MATTERS PREVIOUSLY SCHEDULED FOR APRIL 25, 2022**

**PLEASE TAKE NOTICE** that on March 9, 2022 Lior Dagan, in his capacity as the authorized foreign representative ("Foreign Representative") of the above-captioned debtor ("Debtor"), filed the Foreign Representative's Motion for Entry of an Order Authorizing the Repatriation of Assets to Israel (ECF 21) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider such Motion and any objections related thereto previously scheduled for **April 25, 2022 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 **(the "Previously-Scheduled Hearing")** has been adjourned to **May 10, 2022 at 11:00 a.m. (Prevailing Eastern Time) (the "Hearing").**

1

**PLEASE TAKE FURTHER NOTICE** that the deadline for any objections to the Motion has been extended to **April 28, 2022 at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543, dated March 20, 2020 ("General Order M-543"),[1] the Hearing will be conducted telephonically. Any parties wishing to participate must do so telephonically by making arrangements through CourtSolutions LLC (www.court-solutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE THAT** if no objections are timely filed and served with respect to the Motion, the Foreign Representative may, on or after the objection deadline set forth herein, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

Dated: New York, New York
April 25, 2022

SEIDEN LAW GROUP LLP

*/s/ Jake Nachmani*
Jake Nachmani
jnachmani@seidenlawgroup.com
Amiad Kushner
akushner@seidenlawgroup.com
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1914

*Attorneys for Lior Dagan as Foreign Representative of Michael David Greenfield (a.k.a. Michael Ben-Ari)*

---

[1] A copy of the General Order M-543 may be obtained by visiting www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.