Amiad Kushner
Jacob Nachmani
Dov Gold
SEIDEN LAW GROUP LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1703

*Attorneys for Lior Dagan as Foreign Representative of*
*Michael David Greenfield (a.k.a. Michael Ben-Ari)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 15 |
| MICHAEL DAVID GREENFIELD *a.k.a.* MICHAEL BEN-ARI | Case No. 21-11411 (SCC) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF NO OBJECTION PURSUANT TO**
**LOCAL BANKRUPTCY RULE 9075-2 REGARDING DOCKET NOS. 30**

Pursuant to Local Bankruptcy Rule 9075-2, the undersigned hereby certifies that, as of the date hereof, no objection, responsive pleading, or request for a hearing regarding the *Motion for Entry of an Order Approving Settlement Agreements* (ECF NO. 30) (the "**Motion**"), filed by Lior Dagan, in his capacity as the court-appointed trustee and duly authorized foreign representative (the "**Foreign Representative**" or "**Trustee**") of Michael David Greenfield ("**Greenfield**" or the "**Debtor**"), with a hearing date and time of June 27, 2022 at 10:00 a.m., has been filed on the docket or received by the undersigned.

Pursuant to the Motion, no objections to the Motion were to be filed no later than 4:00 p.m. on June 17, 2022 (the "**Objection Deadline**").

In making this certification, the undersigned has reviewed this case's docket and is filing this Certificate of No Objection not less than forty-eight (48) hours after the expiration of the Objection Deadline.

**Because no objections have been filed or served, the Court has determined that no hearing is required and has cancelled the hearing originally scheduled for June 27, 2022, at 10:00 a.m.**

The Foreign Representative, through his undersigned counsel, respectfully requests that an Order granting the Motion be entered without further pleading or hearing.

Dated: New York, New York
June 24, 2022

Respectfully Submitted,

SEIDEN LAW GROUP LLP

 /s/ Dov Gold
Dov Gold
Jake Nachmani
Amiad Kushner
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone: (646) 766-1703

*Attorneys for Lior Dagan as Foreign Representative of Michael David Greenfield (a.k.a. Michael Ben-Ari)*