

**U.S. Department of Justice**

Criminal Division

---

Money Laundering and Asset Recovery Section        *Washington, D.C. 20530*

May 10, 2023

Honorable Judge John P. Mastando III
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:  *In re: MICHAEL DAVID GREENFIELD a.k.a. MICHAEL BEN-ARI* **(Case No. 21-11411) (SCC)**

Dear Judge Mastando,

    We are writing concerning the relief sought in the Second Motion to Confirm the Foreign Representative's Authority to Repatriate Assets to Israel (ECF No. 37) (the "Motion") in the above-captioned matter on March 9, 2023.

    In the Motion, the Foreign Representative sought an order affirming the Foreign Representative's authority to realize and take control of certain formerly reserved assets of the Debtor and other reserved assets of the Debtor that may be identified in the future (collectively, "Reserved Assets") within the United States and repatriate those Assets to Israel in an account held by the Foreign Representative as a trustee of the Debtor.

    On February 6, 2023, at the request of the government of Israel, the U.S. Department of Justice (the "DOJ") sought and obtained an Order from the U.S. District Court for the District of Columbia. This Order lifted an August 31, 2022 Restraining Order, which modified a February 14, 2022 Order, under which the Reserved Assets were restrained (1:22-MC-00014). Accordingly, the U.S. District Court for the District of Columbia has now released all U.S. assets covered by the Order, including Reserved Assets. Based on this Order and information provided by Israeli authorities to the DOJ requesting that they no longer seek to reserve the assets restrained for forfeiture, the DOJ no longer objects to the Foreign Representative's repatriation of the Reserved Assets to Israel.

    In light of the foregoing, the Foreign Representative has filed the March 9, 2023 Motion, respectfully seeking a Court order confirming the Foreign Representative's authority to administer, realize, and distribute the Reserved Assets pursuant to 11 U.S.C. §§ 1521(a)(5) and 1521(b) and specifically repatriate them to Israel. The DOJ has no objection to this Motion.

                    BRENT S. WIBLE, Chief  
                    Money Laundering and Asset Recovery Section  
                    Criminal Division  
                    United States Department of Justice  

By    */s/*  _____  
        MARY K. BUTLER  
        Chief, International Unit  
        Mary.Butler@usdoj.gov  
        WILLIAM I. FRIEDMAN  
        Trial Attorney  
        William.Friedman@usdoj.gov  
        U.S. Department of Justice  
        Criminal Division  
        Money Laundering and Asset Recovery Section  
        1400 New York Avenue, N.W., 10100  
        Washington, D.C. 20530  
        Telephone: (202) 514-1263